To    Page 4 of 9                    2013-12-16 14 26 23 CST              18477134806  From  Julie Sommerfeld

**The Northwestern Mutual Life Insurance Company**
720 East Wisconsin Avenue, Milwaukee, Wisconsin 53202

## TRUSTEE DECLARATION OF AUTHORITY TO PURCHASE AND OWN LIFE INSURANCE

| POLICY/APPLICATION NUMBER | NAME OF INSURED(S) *(LIST BOTH INSUREDS FOR JOINT LIFE)* | |
|---|---|---|
| 5156078 | Herbert Hoover Pfeiffer | |
| TRUST EXECUTION DATE (MM/DD/YYYY) | NAME OF TRUST | ☒ IRREVOCABLE |
| 06/27/2002 | Violet Pfeiffer Trust | ☐ REVOCABLE |
| TODAY'S DATE (MM/DD/YYYY) 12/16/2013 | NAME(S) OF ALL TRUSTEE(S) Herbert H Pfeiffer | |

If there is more than one trustee, indicate which trustees are required in order to make this declaration and insurance purchase. (If only one trustee, leave blank):

☒ Any one trustee
☐ All trustees
☐ _____ out of _____ trustees
☐ Other [e.g., specific trustee(s)]: _____

Who are the primary beneficiaries of the trust?
☒ Spouse
☐ Children
☐ Grandchildren
☐ Other (specific relationship): _____

### DECLARATION BY TRUSTEE

The undersigned trustee(s), hereinafter "the Trustee," represents and hereby declares that the Trustee is authorized within the trust to purchase life insurance on the Insured(s).

The Trustee acknowledges that The Northwestern Mutual Life Insurance Company ("the Company") will recognize the trust as the sole owner of said policy, that the Company need not determine, and will not be charged with any knowledge of, the terms of the trust, and that the Company may rely solely on the signature(s) of the Trustee for the exercise of any rights or options with respect to the policy including, but not limited to, any right or option to: change the policy, plan, or insured; surrender in part or in whole; select policy dividend options; borrow cash value; assign or endorse, transfer ownership of, change the beneficiary of, or exchange, the policy; or select investment allocations. The Trustee understands that nothing herein shall operate to give the trust greater rights than appear in the policy itself.

The Trustee further agrees that the Company's sole obligation is to perform under the terms of the policy issued to the trust, and agrees to hold the Company and its agent(s) harmless for any action the Company takes with respect to the policy at the direction of the Trustee. The Trustee declares that all trustees, present and future, are bound by this declaration, and that the Company may rely on and act at the direction of the Trustee until the Company receives written notification at its Home Office of a change of trustee(s) or of trustee authority. The Trustee agrees to make this notification within a reasonable time after such a change and to provide the Company with any other reasonable information upon request.

**TRUSTEE(S)**

DATE SIGNED (MM/DD/YYYY): 12/16/2013
X SIGNATURE: *[signed]*
Print Name: Herbert H Pfeiffer

DATE SIGNED (MM/DD/YYYY): _____
SIGNATURE: _____
Print Name: _____

DATE SIGNED (MM/DD/YYYY): _____
SIGNATURE: _____
Print Name: _____

17-1126 (0900)       ORIGINAL to Home Office — COPY to Trustee — COPY for Agent File        WORD 8-FE

Cross-Plaintiffs' Exhibit B

PAGE 4/9 * RCVD AT 12/16/2013 2:25:27 PM [Central Standard Time] * SVR:NTAPPH2888M00/2 * DNIS:1215 * CSID:18477134806 * DURATION (mm-ss):10-21