**Northwestern Mutual**
720 East Wisconsin Avenue
Milwaukee, WI 53202

**OWNER DESIGNATION**
*(Not for use with Disability Income Policies)*
♦ A separate form is required for each Insured

DO NOT ALTER the language on this form. If a different arrangement is needed, use OWNER DESIGNATION FORM 90-1638.

| POLICY NUMBER(S) | INSURED NAME (FOR JOINT LIFE INCLUDE BOTH INSURED NAMES) |
|---|---|
| 5158078 | Herbert Hoover Pfeiffer |

### Complete this chart based on the new owner option selected below.

| TAXPAYER ID NO. (SOCIAL SECURITY NO./EMPLOYER ID NO.) | TAXPAYER'S NAME | DATE OF BIRTH (MM/DD/YYYY) (if applicable) | GENDER (if applicable) |
|---|---|---|---|
| [redacted] | Herbert Hoover Pfeiffer | [redacted] | ☒ Male ☐ Female |
|  |  |  | ☐ Male ☐ Female |
|  |  |  | ☐ Male ☐ Female |

*To name a new Owner, select only ONE of the following five options. The Owner(s) of the Policy(ies) will be:*

☒ **Option 1**  THE INSURED WILL BE THE OWNER.

☐ **Option 2**  INDIVIDUAL OWNER WITH A SUCCESSOR
♦ If a successor owner name is not named in the designated space, the successor owner will be the Insured.

_____ , _____ of the Insured. If the new Owner dies
PRINT NAME OF NEW OWNER       RELATIONSHIP

before the Insured, _____ , _____ of the Insured, will be
PRINT NAME OF SUCCESSOR OWNER    RELATIONSHIP
the Owner. If the new Owner and the successor owner named above die before the Insured, the Insured will be the Owner.

☐ **Option 3**  MULTIPLE INDIVIDUAL OWNERS – Enter Names and Select (A) or (B) below.
♦ If neither (A) or (B) is checked, each Owner's interest will pass to the surviving owner(s).

PRINT FULL NAME OF OWNER _____ RELATIONSHIP TO INSURED _____

PRINT FULL NAME OF OWNER _____ RELATIONSHIP TO INSURED _____

PRINT FULL NAME OF OWNER _____ RELATIONSHIP TO INSURED _____

☐ (A) the survivors or survivor  ☐ (B) or their respective estates. Each Owner may transfer his or her ownership interest.

☐ **Option 4**  TRUST  (Select one) - ☐ Revocable ☐ Irrevocable
PRINT NAME OF TRUST _____ DATED _____
TRUSTEE(S) _____
PRINT FULL NAMES OF ALL PRIMARY TRUSTEES

☐ **Option 5**  BUSINESS/ENTITY

PRINT FULL NAMES OF BUSINESS / ENTITY _____  CITY & STATE OF LOCATION _____

♦ The undersigned requests and directs the Company to make the provisions of all pages of this form a part of the policy(ies).

### SIGNATURE(S) OF OWNER(S)

**PERSONAL OWNER(S)**

_____   _____   _____
SIGNATURE                   SIGNATURE                 DATE SIGNED (MM/DD/YYYY)

_____   _____
SIGNATURE                   SIGNATURE

**BUSINESS/ENTITY OWNER**
PRINT NAME OF BUSINESS/ENTITY: _____

_____   _____
SIGNATURE OF AUTHORIZED COMPANY REPRESENTATIVE – OTHER THAN THE INSURED   DATE SIGNED (MM/DD/YYYY)

**TRUST OWNER**
PRINT NAME OF TRUST: Violet Pfeiffer Trust

X *[signature] Herbert Pfeiffer*     12/16/13
SIGNATURE OF AUTHORIZED TRUSTEE   SIGNATURE OF AUTHORIZED TRUSTEE   DATE SIGNED (MM/DD/YYYY)

90-1940 (0312)                                                Page 2 of 3 FE/SI

[Stamp: Cross-Plaintiffs' Exhibit C]