
**Northwestern Mutual**
720 East Wisconsin Avenue
Milwaukee, WI 53202

## DESIGNATION OF BENEFICIARIES BY OWNER FOR DEATH PROCEEDS ONLY
♦ A separate form is required for each Insured

| POLICY NUMBER(S) | INSURED NAME (FOR JOINT LIFE INCLUDE BOTH INSURED NAMES) |
|---|---|
| 5150078 | Herbert Hoover Pfeiffer |

- This revokes all prior beneficiary designations for death proceeds and elections of payment plans for them.
- Please Include the address for each designated beneficiary on the *Beneficiary Information* sheet.
- NAMING A DIRECT BENEFICIARY IS REQUIRED.

**DIRECT BENEFICIARIES (Please print)**

| FIRST NAME – INITIAL – LAST NAME | RELATIONSHIP TO INSURED | DATE OF BIRTH (MM/DD/YYYY) |
|---|---|---|
| Magdalena Przewozniak | Caregiver/Housekeeper | |

Check box 1, to include all children of the Insured as direct beneficiaries without naming them, or to add to the direct beneficiaries named.
☐ 1. and all (other) children of the Insured.

Check box 2, to provide for children of a deceased direct beneficiary. Use only if direct beneficiaries are named above and/or box 1, is checked.
☐ 2. Per Stirpes, as defined in Provision 11 of the *Additional Beneficiary Provisions* section of this form.

**TRUST AS DIRECT BENEFICIARY.** (Please print) (Select one) ☐ Revocable ☐ Irrevocable
NAME OF TRUST _____ DATED _____
TRUSTEE(S) _____
PRINT FULL NAMES OF ALL PRIMARY TRUSTEES

**CONTINGENT BENEFICIARIES (Please print)**

| FIRST NAME – INITIAL – LAST NAME | RELATIONSHIP TO INSURED | DATE OF BIRTH (MM/DD/YYYY) |
|---|---|---|
| Successor Trustee, Under the Herbert H Pfeiffer Trust Dated June 27, 2002 | | TRUST |

Check box 3 to include all children of the Insured as contingent beneficiaries without naming them, or to add to the contingent beneficiaries named.
☐ 3. and all (other) children of the Insured.

Check box 4 to provide for children of a deceased contingent beneficiary. Use only if contingent beneficiaries are named and/or box 3 is checked.
☐ 4. Per Stirpes, as defined in Provision 11 of the *Additional Beneficiary Provisions* section of this form.

**FURTHER PAYEE (Please print)**

| FIRST NAME – INITIAL – LAST NAME | RELATIONSHIP TO INSURED | DATE OF BIRTH (MM/DD/YYYY) |
|---|---|---|
| | | |

☐ Deferral of Payment – Insert number of days (not to exceed more than 180) _____. This option is defined in Provision 8 of the *Additional Beneficiary Provisions* section of this form.

♦ The undersigned requests and directs the Company to make the provisions of all pages of this form a part of the policy(ies).

**SIGNATURE(S) OF OWNER(S)**

PERSONAL OWNER(S)
SIGNATURE Herbert Hoover Pfeiffer          SIGNATURE          DATE SIGNED  12/16/2013
SIGNATURE                                   SIGNATURE

BUSINESS/ENTITY OWNER
PRINT NAME OF BUSINESS/ENTITY: _____

SIGNATURE OF AUTHORIZED COMPANY REPRESENTATIVE          DATE SIGNED (MM/DD/YYYY)

TRUST OWNER
PRINT NAME OF TRUST: _____

SIGNATURE OF AUTHORIZED TRUSTEE(S)          SIGNATURE OF AUTHORIZED TRUSTEE(S)          DATE SIGNED (MM/DD/YYYY)

Witness signature is only required for policies issued in the state of Massachusetts
WITNESS SIGNATURE MAY NOT BE A NAMED BENEFICIARY

WITNESS SIGNATURE _____  PRINT NAME _____

90-1197 (0910)                                                                                      Page 1 of 4 FE(SI)

Cross-Plaintiffs' Exhibit D