**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>                    vs.<br><br>MAGDALENA PRZEWOZNIAK; PATRICK PFEIFFER, Individually and as Trustee of the Herbert H. Pfeiffer Trust; CHARLOTTE OLSON, Individually, as Trustee of the Herbert H. Pfeiffer Trust and as Trustee of the Violet Pfeiffer Trust; MAPLE PROFANT f/k/a NANCY DAUGHERTY; and LYNN PFEIFFER,<br><br>                  Defendant.<br>_____<br><br>CHARLOTTE OLSON, Individually, as Trustee of the Violet Pfeiffer Trust; PATRICK PFEIFFER, MAPLE PROFANT f/k/a NANCY DAUGHERTY; and LYNN PFEIFFER,<br><br>                  Cross-Plaintiff,<br>                  vs.<br><br>MAGDALENA PRZEWOZNIAK,<br><br>                  Cross-Defendant. | CASE NO.: 19-CV-05848<br><br>JUDGE: CHARLES NORGLE, SR.<br><br>MAGISTRATE JUDGE: JEFFREY CUMMINGS |

**NOTICE OF FILING**

To:    Ms. Magdalena Przewozniak    Mr. Scott Nehls    Ms. Christie Carrino
        114 W. Partridge Ln., Unit 4    snehls@frltd.com    ccarrino@gklaw.com
        Arlington Heights, IL 60004

**PLEASE TAKE NOTICE** that on September 24, 2019, I caused to be electronically filed this Notice of Filing, and Answer to Complaint for Interpleader and Cross-Claim with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto.

                                                          ROBERT J. WAGNER, P.C.

                                                      By: /s/ Robert J. Wagner

ARDC 3127784
Robert J. Wagner
Law Offices of Robert J. Wagner
108 N. Walkup Avenue
Crystal Lake, IL 60014
815/455-1448 Facsimile: 815/477-8399
mayorbob@ameritech.net

## PROOF OF ELECTRONIC SERVICE AND FILING

    I, Robert J. Wagner, the undersigned certifies subject to the penalties of perjury that on September 24, 2019 I caused the foregoing Notice of Filing, and Answer to Complaint for Interpleader and Cross-Claim to be served on the following attorneys of record via CM/ECF electronic filing system at his/her email address on the file and to Magdalena Przewozniak via regular U.S. Mail.

| Ms. Magdalena Przewozniak | Mr. Scott Nehls | Ms. Christie Carrino |
|---|---|---|
| 114 W. Partridge Ln., Unit 4 | snehls@frltd.com | ccarrino@gklaw.com |
| Arlington Heights, IL 60004 | | |

    /s/Robert J. Wagner