The Northwestern Mutual Life Insurance Company
720 East Wisconsin Avenue, Milwaukee, Wisconsin 53202

## TRUSTEE DECLARATION OF AUTHORITY TO PURCHASE AND OWN LIFE INSURANCE

| POLICY/APPLICATION NUMBER | NAME OF INSURED(S) (LIST BOTH INSUREDS FOR JOINT LIFE) | |
|---|---|---|
| 5156078 | Herbert Hoover Pfeiffer | |
| TRUST EXECUTION DATE (MM/DD/YYYY) | NAME OF TRUST | ☒ IRREVOCABLE |
| 06/27/2002 | Violet Pfeiffer Trust | ☐ REVOCABLE |
| TODAY'S DATE (MM/DD/YYYY) | NAME(S) OF ALL TRUSTEE(S) | |
| 12/16/2013 | Herbert H Pfeiffer | |

If there is more than one trustee, indicate which trustees are required in order to make this declaration and insurance purchase. (If only one trustee, leave blank):

☒ Any one trustee    ☐ _____ out of _____ trustees
☐ All trustees       ☐ Other (e.g., specific trustee(s)): _____

Who are the primary beneficiaries of the trust?
☒ Spouse        ☐ Grandchildren
☐ Children      ☐ Other (specific relationship): _____

### DECLARATION BY TRUSTEE

The undersigned trustee(s), hereinafter "the Trustee," represents and hereby declares that the Trustee is authorized within the trust to purchase life insurance on the insured(s).

The Trustee acknowledges that The Northwestern Mutual Life Insurance Company ("the Company") will recognize the trust as the sole owner of said policy, that the Company need not determine, and will not be charged with any knowledge of, the terms of the trust, and that the Company may rely solely on the signature(s) of the Trustee for the exercise of any rights or options with respect to the policy including, but not limited to, any right or option to: change the policy, plan, or insured; surrender in part or in whole; select policy dividend options; borrow cash value; assign or endorse, transfer ownership of, change the beneficiary of, or exchange, the policy; or select investment allocations. The Trustee understands that nothing herein shall operate to give the trust greater rights than appear in the policy itself.

The Trustee further agrees that the Company's sole obligation is to perform under the terms of the policy issued to the trust, and agrees to hold the Company and its agent(s) harmless for any action the Company takes with respect to the policy at the direction of the Trustee. The Trustee declares that all trustees, present and future, are bound by this declaration, and that the Company may rely on and act at the direction of the Trustee until the Company receives written notification at its Home Office of a change of trustee(s) or of trustee authority. The Trustee agrees to make this notification within a reasonable time after such a change and to provide the Company with any other reasonable information upon request.

TRUSTEE(S)

12/16/2013                    X  _signature_
DATE SIGNED (MM/DD/YYYY)         SIGNATURE
                                 Print Name: Herbert H Pfeiffer

DATE SIGNED (MM/DD/YYYY)         SIGNATURE
                                 Print Name: _____

DATE SIGNED (MM/DD/YYYY)         SIGNATURE
                                 Print Name: _____

17-1126 (0900)         ORIGINAL to Home Office — COPY to Trustee — COPY for Agent File.                WORD 8-FE

**EXHIBIT A**

To  Page 6 of 9                2013-12-16 14 25 23 CST                18477134806  From  Julie Sommerfeld



**Northwestern Mutual®**
720 East Wisconsin Avenue
Milwaukee, WI 53202

**OWNER DESIGNATION**
*(Not for use with Disability Income Policies)*
♦ A separate form is required for each Insured

DO NOT ALTER the language on this form. If a different arrangement is needed, use OWNER DESIGNATION FORM 90-1838.

| POLICY NUMBER(S) | INSURED NAME (FOR JOINT LIFE INCLUDE BOTH INSURED NAMES) |
|---|---|
| 5156078 | Herbert Hoover Pfeiffer |

Complete this chart based on the new owner option selected below.

| TAXPAYER ID NO. (SOCIAL SECURITY NO./EMPLOYER ID NO.) | TAXPAYER'S NAME | DATE OF BIRTH (MM/DD/YYYY) (if applicable) | GENDER (if applicable) |
|---|---|---|---|
| ▓▓▓▓▓▓ | Herbert Hoover Pfeiffer | ▓▓▓▓▓▓ | ☒ Male ☐ Female |
|  |  |  | ☐ Male ☐ Female |
|  |  |  | ☐ Male ☐ Female |

To name a new Owner, select only ONE of the following five options. The Owner(s) of the Policy(ies) will be:

☒ **Option 1** THE INSURED WILL BE THE OWNER.

☐ **Option 2** INDIVIDUAL OWNER WITH A SUCCESSOR
♦ If a successor owner name is not named in the designated space, the successor owner will be the Insured.

_____ , _____ of the Insured. If the new Owner dies
PRINT NAME OF NEW OWNER      RELATIONSHIP

before the Insured, _____ , _____ of the Insured, will be
                    PRINT NAME OF SUCCESSOR OWNER    RELATIONSHIP
the Owner. If the new Owner and the successor owner named above die before the Insured, the Insured will be the Owner.

☐ **Option 3** MULTIPLE INDIVIDUAL OWNERS – Enter Names and Select (A) or (B) below.
♦ If neither (A) or (B) is checked, each Owner's interest will pass to the surviving owner(s).

PRINT FULL NAME OF OWNER _____ RELATIONSHIP TO INSURED

PRINT FULL NAME OF OWNER _____ RELATIONSHIP TO INSURED

PRINT FULL NAME OF OWNER _____ RELATIONSHIP TO INSURED
☐ (A) the survivors or survivor   ☐ (B) or their respective estates. Each Owner may transfer his or her ownership interest.

☐ **Option 4** TRUST   (Select one) - ☐ Revocable  ☐ Irrevocable
PRINT NAME OF TRUST _____ DATED _____
TRUSTEE(S) _____
PRINT FULL NAMES OF ALL PRIMARY TRUSTEES

☐ **Option 5** BUSINESS/ENTITY

PRINT FULL NAMES OF BUSINESS / ENTITY _____ CITY & STATE OF LOCATION

♦ The undersigned requests and directs the Company to make the provisions of all pages of this form a part of the policy(ies).

**SIGNATURE(S) OF OWNER(S)**

**PERSONAL OWNER(S)**

| SIGNATURE | SIGNATURE | DATE SIGNED (MM/DD/YYYY) |
|---|---|---|
| SIGNATURE | SIGNATURE |  |

**BUSINESS/ENTITY OWNER**
PRINT NAME OF BUSINESS/ENTITY: _____

SIGNATURE OF AUTHORIZED COMPANY REPRESENTATIVE – OTHER THAN THE INSURED _____ DATE SIGNED (MM/DD/YYYY)

**TRUST OWNER**
PRINT NAME OF TRUST: Violet Pfeiffer Trust

X _Herbert Pfeiffer_ (signature)
SIGNATURE OF AUTHORIZED TRUSTEE     SIGNATURE OF AUTHORIZED TRUSTEE     12/16/13
                                                                       DATE SIGNED (MM/DD/YYYY)

90-1940 (0312)                    **EXHIBIT B**                    Page 2 of 3 FE18J

PAGE 6/9 * RCVD AT 12/16/2013 2:25:27 PM [Central Standard Time] * CSID:18477134806 * DURATION (mm-ss):10-21

To   Page 7 of 9                    2013-12-16 14:26:23 CST            18477134806  From Julie Sommerfeld



**Northwestern Mutual**
720 East Wisconsin Avenue
Milwaukee, WI 53202

### DESIGNATION OF BENEFICIARIES BY OWNER FOR DEATH PROCEEDS ONLY
♦ A separate form is required for each Insured

| POLICY NUMBER(S) | INSURED NAME (FOR JOINT LIFE INCLUDE BOTH INSURED NAMES) |
|---|---|
| 5150078 | Herbert Hoover Pfeiffer |

- This revokes all prior beneficiary designations for death proceeds and elections of payment plans for them.
- Please include the address for each designated beneficiary on the *Beneficiary Information* sheet.
- NAMING A DIRECT BENEFICIARY IS REQUIRED.

**DIRECT BENEFICIARIES (Please print)**

| FIRST NAME – INITIAL – LAST NAME | RELATIONSHIP TO INSURED | DATE OF BIRTH (MM/DD/YYYY) |
|---|---|---|
| Magdalena Przewozniak | Caregiver/Housekeeper | |

Check box 1 to include all children of the Insured as direct beneficiaries without naming them, or to add to the direct beneficiaries named.
☐ 1. and all (other) children of the Insured.

Check box 2 to provide for children of a deceased direct beneficiary. Use only if direct beneficiaries are named above and/or box 1 is checked.
☐ 2. Per Stirpes, as defined in Provision 11 of the *Additional Beneficiary Provisions* section of this form.

**TRUST AS DIRECT BENEFICIARY (Please print)** – (Select one) ☐ Revocable ☐ Irrevocable

NAME OF TRUST _____ DATED _____
TRUSTEE(S) _____
PRINT FULL NAMES OF ALL PRIMARY TRUSTEES

**CONTINGENT BENEFICIARIES (Please print)**

| FIRST NAME – INITIAL – LAST NAME | RELATIONSHIP TO INSURED | DATE OF BIRTH (MM/DD/YYYY) |
|---|---|---|
| Successor Trustee, Under the Herbert H Pfeiffer Trust Dated June 27, 2002 | | TRUST |

Check box 3 to include all children of the Insured as contingent beneficiaries without naming them, or to add to the contingent beneficiaries named.
☐ 3. and all (other) children of the Insured.

Check box 4 to provide for children of a deceased contingent beneficiary. Use only if contingent beneficiaries are named and/or box 3 is checked.
☐ 4. Per Stirpes, as defined in Provision 11 of the *Additional Beneficiary Provisions* section of this form.

**FURTHER PAYEE (Please print)**

| FIRST NAME – INITIAL – LAST NAME | RELATIONSHIP TO INSURED | DATE OF BIRTH (MM/DD/YYYY) |
|---|---|---|
| | | |

☐ Deferral of Payment – Insert number of days (not to exceed more than 180) _____. This option is defined in Provision 8 of the *Additional Beneficiary Provisions* section of this form.

♦ The undersigned requests and directs the Company to make the provisions of all pages of this form a part of the policy(ies).

**SIGNATURE(S) OF OWNER(S)**

PERSONAL OWNER(S)
X _Herbert Pfeiffer_ _____   12/16/2013
   SIGNATURE Herbert Hoover Pfeiffer          SIGNATURE              DATE SIGNED (MM/DD/YYYY)

   _____   _____
   SIGNATURE                  SIGNATURE

BUSINESS/ENTITY OWNER
PRINT NAME OF BUSINESS/ENTITY: _____

SIGNATURE OF AUTHORIZED COMPANY REPRESENTATIVE _____  DATE SIGNED (MM/DD/YYYY) _____

TRUST OWNER
PRINT NAME OF TRUST: _____

SIGNATURE OF AUTHORIZED TRUSTEE(S) _____  SIGNATURE OF AUTHORIZED TRUSTEE(S) _____  DATE SIGNED (MM/DD/YYYY) _____

Witness signature is only required for policies issued in the state of Massachusetts
**WITNESS SIGNATURE MAY NOT BE A NAMED BENEFICIARY**

WITNESS SIGNATURE _____  PRINT NAME _____

90-1197 (0910)                                                                    Page 1 of 4 FE(S)

**EXHIBIT C**

PAGE 7/9 * RCVD AT 12/16/2013 2:25:27 PM [Central Standard Time] * ... * CSID:18477134806 * DURATION (mm-ss):10-21