# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY | )<br>) |
| Plaintiff, | ) Case No. 1:19-cv-05848<br>)<br>) Judge Charles R. Norgle, Sr. |
| v. | )<br>) Magistrate Judge Jeffrey I. Cummings |
| MAGDALENA PRZEWOZNIAK; PATRICK PFEIFFER, individually and as Trustee of the Herbert H. Pfeiffer Trust; CHARLOTTE OLSON, individually, as Trustee of the Herbert H. Pfeiffer Trust and as Trustee of the Violet Pfeiffer Trust; MAPLE PROFANT f/k/a NANCY DAUGHERTY; and LYNN PFEIFFER, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |
| CHARLOTTE OLSON, individually, as Trustee of the Violet Pfeiffer Trust; PATRICK PFEIFFER; MAPLE PROFANT f/k/a NANCY DAUGHERTY; and LYNN PFEIFFER, | )<br>)<br>)<br>) |
| Cross-Plaintiffs, | ) |
| v. | ) |
| MAGDALENA PRZEWOZNIAK, | ) |
| Cross-Defendant. | ) |

## AMENDED MOTION FOR SUMMARY JUDGMENT[1]

Defendants/Counter-Plaintiffs, PATRICK PFEIFFER, individually and as Trustee of the Herbert H. Pfeiffer Trust, CHARLOTTE OLSON, individually, and as Trustee of the Herbert H. Pfeiffer Trust and as Trustee of the Violet Pfeiffer Trust, MAPLE PROFANT f/k/a NANCY

---

[1] The Pfeiffer Defendants filed a Motion for Summary Judgment on March 6, 2020. Przewozniak filed a cross motion for summary judgment on June 23, 2020. On March 29, 2021, this Court entered an order striking the motions for summary judgment and corresponding briefs because of their failure to comply with Local Rule 56.1 and allowed the parties to file further motions for summary judgment by April 19, 2021.

DAUGHERTY, and LYNN PFEIFFER, (collectively "Pfeiffer Defendants") through their attorneys, HOOGENDOORN & TALBOT LLP, move this Honorable Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for the entry of summary judgment in their favor on the Pfeiffer Defendants' Cross-Claim and against Defendant/Cross-Defendant MAGDALENA PRZEWOZNIAK ("Przewozniak"). In support of their Motion, the Pfeiffer Defendants state as follows:

## Introduction

Herbert Pfeiffer ("Herbert"), the trustee of the Violet Pfeiffer Trust ("the Violet Trust"), purported to change the beneficiary of the Northwestern Mutual Life Insurance policy (to Przewozniak), which violated the terms of the Violet Trust. Because the Trustee lacked authority to change the beneficiary designation, the changes are a nullity and without force or effect, and Przewozniak acquired no interest in the policy as a result of these invalid actions by the Trustee.

The material facts are not in dispute and the terms of the Violet Trust are clear. Upon the death of Violet Pfeiffer, the Violet Trust became irrevocable and the beneficiaries of the Trust could not be changed. Nonetheless, after Violet Pfeiffer died and the Trust became irrevocable, Herbert, as Trustee of the Violet Trust, purported to change the beneficiary of the Northwestern Mutual insurance policy on December 16, 2013, to name Przewozniak as beneficiary under the policy. Herbert did not have the authority to make this change. Therefore, the documents purporting to change the beneficiary under the policy were beyond his authority, void *ab initio*, and, therefore, were a nullity, without any legal force or effect.

Concurrently herewith, the Pfeiffer Defendants file their Memorandum of Law in Support of their Motion for Summary Judgment. As more fully set forth therein, the Pfeiffer Defendants have established that the documents purporting to name Przewozniak as a beneficiary under the

life insurance policy were in violation of the Trustee's authority and, therefore, did not change the beneficiaries of the life insurance policy. The Pfeiffer Defendants have established that there is no genuine issue of material fact with respect to the lawful beneficiaries under the policy, and that they remain the beneficiaries of the policy. Accordingly, the Pfeiffer Defendants are entitled to judgment as a matter of law.

WHEREFORE, Defendants/Cross-Plaintiffs, PATRICK PFEIFFER, individually and as Trustee of the Herbert H. Pfeiffer Trust, CHARLOTTE OLSON, individually, and as Trustee of the Herbert H. Pfeiffer Trust and as Trustee of the Violet Pfeiffer Trust, MAPLE PROFANT f/k/a NANCY DAUGHERTY, and LYNN PFEIFFER pray as follows:

A. That judgment be entered in favor of the Pfeiffer Defendants/Cross-Plaintiffs and against Defendant/Cross-Defendant Magadalena Przeworzniak on Defendants/Cross-Plaintiffs' Cross-Claim against Magdalena Przewozniak awarding Charlotte Olsen, as Trustee of the Violet E. Pfeiffer Trust, all sums placed on deposit with the court in this action, plus accrued interest thereon; and

B. For any and all other relief to which the Pfeiffer Defendants/Cross-Plaintiffs may be justly entitled.

Dated: April 19, 2021.

CHARLOTTE OLSON, individually, and as Trustee of the Violet Pfeiffer Trust, MAPLE PROFANT f/k/a NANCY DAUGHERTY, PATRICK PFEIFFER, and LYNN PFEIFFER

By: /s/ Kevin J. Todd
One of their attorneys

Kevin J. Todd (ARDC No. 6202462)

3

e-mail: ktodd@htlaw.com
Richard D. Boonstra (ARDC No. 6185045)
e-mail: rboonstra@htlaw.com
Hoogendoorn & Talbot LLP
122 South Michigan Avenue
Suite 1220
Chicago, Illinois 60603-6263
Ph:     312/786-2250